**265-15**

# ELECTRONIC RECORD

COA #14-13-00900-CR

STYLE: Lakendrick Earl Jacobs v The State of Texas

COA DISPOSITION: Affirmed

DATE: February 19, 2015    Publish: No

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 338th District Court

TC CASE #: 1289471

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Lakendrick Earl Jacobs v The State of Texas

CCA # _____

_____**PRO SE**_____  Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___06/24/15___

JUDGE: ___Per Curiam___

CCA Disposition: _____**265-15**_____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**